1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   MICHAEL BRUCE BYNOE,

10         Petitioner,                               Case No. 3:15-cv-00168-RCJ-WGC

11   vs.                                             **ORDER**

12   STATE OF NEVADA,

13         Respondents.

14

15        The Federal Public Defender has filed an <u>ex parte</u> motion for appointment of counsel to

16   represent petitioner (ECF No. 17).  The court grants this motion.  Appointment of counsel makes

17   petitioner's response to the court's order to show cause (ECF No. 16) moot, because counsel likely

18   will be filing an amended petition.

19        IT IS THEREFORE ORDERED that the <u>ex parte</u> motion for appointment of counsel to

20   represent petitioner (ECF No. 17) is **GRANTED**.  The Federal Public Defender is appointed to

21   represent petitioner.

22        IT IS FURTHER ORDERED that counsel shall have sixty (60) days to file an amended

23   petition for a writ of habeas corpus.

24        IT IS FURTHER ORDERED that neither the foregoing deadline nor any extension thereof

25   signifies or will signify any implied finding of a basis for tolling during the time period established.

26   Petitioner at all times remains responsible for calculating the running of the federal limitation period

27   under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

28

1        IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

2   separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments that

3   are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in

4   the attachment.  The hard copy of any additional state court record exhibits shall be forwarded—for

5   this case—to the staff attorneys in Las Vegas.

6        Dated:   July 18, 2016

7

8                                              _____

9                                        ROBERT C. JONES
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-