# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRUCE BYNOE,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 3:15-cv-00168-RCJ-WGC

**ORDER**

Petitioner has filed a motion to stay proceedings pending litigation in related case (ECF No. 21), which respondents do not oppose (ECF No. 24). Good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion to stay proceedings pending litigation in related case (ECF No. 21) is **GRANTED**.

IT IS FURTHER ORDERED that this action is **STAYED** pending final resolution, including any appeals or petitions for writs of certiorari, of the motion for relief from final judgment and to reopen case filed in <u>Bynoe v. Baca</u>, Case No. 3:07-cv-00009-LRH-VPC. Petitioner shall file a motion to reopen this action, if necessary, within forty-five (45) days of the final resolution of the motion in <u>Bynoe v. Baca</u>. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

///

///

///

///

IT FURTHER IS ORDERED that the clerk of court shall administratively close this action until such time as the court grants a motion to reopen the action.

Dated: This 12th day of December, 2016.

_____
ROBERT C. JONES
United States District Judge